HIPPOLYTE L. HARDY, respondent,

*v.*

ATLANTIC ENGINEERING AND CONSTRUCTION COMPANY, appellant.

[Argued and affirmed without opinion March 17th, 1910.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell.

*Mr. John M. Enright,* for the appellant.

*Mr. James P. Northrop,* for the respondent.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON—15.

*For reversal*—None.